IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ANGELA BLACK, )<br>Defendant. ) | Case No. 16-30085-NJR<br><br>Title 18, United States Code,<br>Section 641<br>**(MISDEMEANOR)** |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

**(Theft of Government Funds)**

On or about January 30, 2015, in St. Clair County, within the Southern District of Illinois,

**ANGELA BLACK,**

defendant herein, willfully and knowingly did steal, purloin, and convert to her own use money of the Department of Veterans Affairs ("VA"), an agency of the United States, having a value of approximately $133.17, namely VA compensation benefits that were intended to be paid to her father who had since deceased, to which she knew she was not entitled.

All in violation of Title 18 United States Code Section 641.

UNITED STATES OF AMERICA

_____
JAMES L. PORTER
Acting United States Attorney

_____
ALI SUMMERS
Assistant United States Attorney